1  HEATHER E. WILLIAMS, CA #122664
   Federal Defender
2  MATTHEW LEMKE, D.C. Bar #1023347
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA 93721-2226
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  Jonah Yellowman

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA, | Case No. 5:19-mj-00037-JLT

12 Plaintiff,

13 vs. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON

14 JONAH YELLOWMAN,

15 Defendant.

16

17  Pursuant to Fed. R. Crim P. 43(b)(3), Defendant, Jonah Yellowman, having been advised

18 of his right to be present at all stages of the proceedings, hereby requests that this Court proceed

19 in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant

20 agrees that his interests shall be represented at all times by the presence of his attorney, the

21 Office of the Federal Defender for the Eastern District of California, the same as if Defendant

22 were personally present, and requests that this court allow his attorney-in-fact to represent his

23 interests at all times. Defendant further agrees that notice to Defendant's attorney that

24 Defendant's presence is required will be deemed notice to the Defendant of the requirement of

25 his appearance at said time and place.

26 \\

27 \\

28 \\

| | |
|---|---|
| Dated: September 11, 2019 | */s/ Original Signature on File*<br>JONAH YELLOWMAN<br>Defendant |
| | |
| Dated: September 11, 2019 | */s/ Matthew Lemke*<br>MATTHEW LEMKE<br>Assistant Federal Defender<br>Attorney for Jonah Yellowman |

## **O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated: **September 11, 2019**     /s/ *Eric P. Gross*
UNITED STATES MAGISTRATE JUDGE