HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JONAH YELLOWMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JONAH YELLOWMAN,<br><br>   Defendant. | Case No. 5:19-mj-00037-JLT<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY TERMS OF PROBATION PURSUANT TO 18 U.S.C. § 3563; FED. R. CRIM. P. 32.1(C)**<br>(Doc. 20) |

The parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Jonah Yellowman, jointly request that this Court modify the conditions of Mr. Yellowman's probation by extending his financial obligation payment deadline to August 31, 2021.

The parties stipulate as follows:

1. On September 3, 2019, Jonah Yellowman was charged by complaint with one count of 36 CFR 4.23(a)(1) (Driving Under the Influence of Alcohol); one count of 36 CFR 4.23(a)(2) (Operating a Vehicle with Alcohol Concentration Above .08%); and one count of 36 CFR 4.14(b) (Open Container of Alcohol in a Vehicle). ECF No. 1

2. On July 15, 2020, the parties entered into a plea agreement in which Mr. Yellowman admitted to Count 1 of the complaint, driving under the influence of alcohol. ECF No. 16. The government moved to dismiss the remaining charges pursuant to the written plea

1 | agreement. *Id.*

2 | 3. On June 15, 2020, the Court sentenced Mr. Yellowman to a two-year term of
3 | unsupervised probation. ECF No. 18. As a condition of probation, the Court ordered Mr.
4 | Yellowman to pay a $1,000 fine and a special assessment of $10.00, for a total financial
5 | obligation of $1,010.00. *Id.* The Court ordered Mr. Yellowman to pay the financial obligation
6 | in full by July 14, 2021. *Id.*

7 | 4. Mr. Yellowman is a professional welder based in Arizona. He earns a living
8 | performing short and medium-term specialized contract work all over the region. Unfortunately,
9 | due to the COVID-19 pandemic, Mr. Yellowman received significantly less contract work over
10 | the last year. Because his stream of work dried up, his income was greatly reduced. During the
11 | pandemic, Mr. Yellowman's vehicle was repossessed, and his family has struggled.

12 | 5. In light of Mr. Yellowman's financial circumstances, the parties ask the Court to
13 | extend Mr. Yellowman's payment deadline from July 14, 2021, to August 31, 2021, in order to
14 | permit Mr. Yellowman additional time to satisfy his financial obligation.

15 | 6. The parties also ask that the forthcoming status hearing, currently set for July 6,
16 | 2021, be continued to September 7, 2021, in order to accommodate the requested extension.

17 | 7. Mr. Yellowman expressly waives any right to a hearing on this modification
18 | request pursuant to Federal Rule of Criminal Procedure 32.1(c)(2)(A).

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: June 29, 2021 | | */s/ Matthew Lemke*<br>MATTHEW LEMKE<br>Assistant Federal Defender<br>Attorney for Defendant<br>JONAH YELLOWMAN |
| | | |
| | | PHILLIP A. TALBERT<br>Acting United States Attorney |
| Date: June 29, 2021 | | */s/ Jeffrey Spivak*<br>JEFFREY SPIVAK<br>Assistant United States Attorney |

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | For the reasons set forth above, the Court GRANTS the parties' request to modify the |
| 3 | terms of Jonah Yellowman's probation. The Court modifies Mr. Yellowman's conditions of |
| 4 | probation as follows: |
| 5 | Condition 4 is hereby modified effectively immediately to read: "The defendant shall pay |
| 6 | a fine of $1,000.00 and a special assessment of $10.00 for a total financial obligation of |
| 7 | $1,010.00, which shall be due immediately/paid in full by 8/31/2021." |
| 8 | All other conditions of Defendant's probation shall remain in full force and effect. |
| 9 | Additionally, the status hearing set for July 6, 2021, is continued to September 7, 2021. |
| 11 | IT IS SO ORDERED. |
| 12 | Dated: **June 30, 2021**          _ /s/ Jennifer L. Thurston |
| 13 |                                   CHIEF UNITED STATES MAGISTRATE JUDGE |