HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JONAH YELLOWMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONAH YELLOWMAN,<br><br>Defendant. | Case No. 5:19-mj-00037-JLT<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PROBATION REVIEW HEARING** |

The parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Jonah Yellowman, jointly request that this Court continue the upcoming status conference from September 7, 2021 to May 3, 2022.

The parties stipulate as follows:

1. On September 3, 2019, Jonah Yellowman was charged by complaint with one count of 36 CFR 4.23(a)(1) (Driving Under the Influence of Alcohol); one count of 36 CFR 4.23(a)(2) (Operating a Vehicle with Alcohol Concentration Above .08%); and one count of 36 CFR 4.14(b) (Open Container of Alcohol in a Vehicle). ECF No. 1

2. On July 15, 2020, the parties entered into a plea agreement in which Mr. Yellowman admitted to Count 1 of the complaint, driving under the influence of alcohol. ECF

No. 16.  The government moved to dismiss the remaining charges pursuant to the written plea agreement.  *Id.*

3.   On June 15, 2020, the Court sentenced Mr. Yellowman to a two-year term of unsupervised probation.  ECF No. 18.  As a condition of probation, the Court ordered Mr. Yellowman to pay a $1,000 fine and a special assessment of $10.00, for a total financial obligation of $1,010.00.  *Id*.  The Court ordered Mr. Yellowman to pay the financial obligation in full by July 14, 2021.  *Id.*

4.   Mr. Yellowman is a professional welder based in Arizona.  He earns a living performing short and medium-term specialized contract work all over the region.  Unfortunately, due to the COVID-19 pandemic, Mr. Yellowman received significantly less contract work over the last year.  Because his stream of work dried up, his income was greatly reduced.  During the pandemic, Mr. Yellowman's vehicle was repossessed, and his family has struggled financially.

5.   On June 30, 2021, the Court granted the parties' request to extend Mr. Yellowman's payment deadline from July 14, 2021, to August 31, 2021, in order to permit Mr. Yellowman additional time to satisfy his financial obligation.  ECF No. 21.

6.   Full payment for Mr. Yellowman's financial obligation was mailed to the court, but it has not yet been processed by the court clerk.

7.   Mr. Yellowman's term of probation is currently set to expire on July 15, 2022.  ECF No. 18.

8.   In light of this information, the parties also ask that the forthcoming status hearing, currently set for September 7, 2021, be continued to May 3, 2022, in order to monitor Mr. Yellowman's compliance with the terms of his probation.

/ / /

/ / /

/ / /

/ / /

/ / /

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   |   |
| 3 |   | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | Date: September 2, 2021 | */s/ Matthew Lemke* |
| 5 |   | MATTHEW LEMKE<br>Assistant Federal Defender<br>Attorney for Defendant |
| 6 |   | JONAH YELLOWMAN |
| 7 |   |   |
| 8 |   | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 9 | Date: September 2, 2021 | */s/ Jeffrey Spivak* |
| 10 |   | JEFFREY SPIVAK<br>Assistant United States Attorney |

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED**, for the reasons set forth above, that the parties' request to continue Jonah Yellowman's status conference from September 7, 2021, to May 3, 2022 is **GRANTED**.

IT IS SO ORDERED.

Dated: __September 2, 2021__                    _____/s/ Jennifer L. Thurston_____
                                                                    CHIEF UNITED STATES MAGISTRATE JUDGE