# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 5:19-mj-00037-JLT-1 |
| Plaintiff, ) | |
| v. ) | DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION |
| JONAH YELLOWMAN, ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 C.F.R. § 4.23(a)(1), Driving Under the Influence of Alcohol

**Sentence Date:** July 15, 2020

**Review Hearing Date:** May 3, 2022

**Probation Expires On:** July 15, 2022

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,010 which Total Amount is made up of a Fine: $ 1,000 Special Assessment: $ 10 Processing Fee: $ 0 Restitution: $ 0

☐ Payment schedule of $       per month by the       of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** "The defendant shall participate in outpatient alcohol abuse treatment."

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
   ☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
                                                        Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

***GOVERNMENT POSITION:***

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: Jeff Spivak

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/3/2022 at 9:00 am

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 4/18/2022   /s/ Erin Snider_____
DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **April 19, 2022**   _____
UNITED STATES MAGISTRATE JUDGE